UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..........................................................................

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

..........................................................................

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

      Applicant's Name:  Dana Petersen Moore

      Firm Name:  Venable, LLP

      Address:  750 E. Pratt Street, Suite 900

      City/State/Zip:  Baltimore, Maryland 21202

      Telephone/Fax:  (410) 244-7799 / (410) 244-7742

      Email Address:  dpmoore2@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: ~~August~~ September 2, 2008

    New York, New York

_____
United States District Judge

# Certificate of Good Standing



## UNITED STATES OF AMERICA

## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **DANA PETERSEN MOORE, ESQ.,**

**BAR NUMBER 03632,** was duly admitted to practice in the United States District Court for the District of Maryland on DECEMBER 9, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

Date: August 19, 2008

**FELICIA C. CANNON**
**Clerk**

Catherine Scaffidi - Deputy Clerk